■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 8.) [605 NYS2d 986] —Appeal unanimously dismissed without costs *(see, Matter of Anonymous v New York City Health & Hosps. Corp.,* 70 NY2d 972; *People ex rel. Moore v Dalsheim,* 81 AD2d 844). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Modify Court Order.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 9.) [605 NYS2d 986] —Appeal unanimously dismissed without costs *(see, Matter of Aho,* 39 NY2d 241, 248; *Pallotta v West Bend Co.,* 166 AD2d 637, 638; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Partial Distribution.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 10.) [605 NYS2d 986] —Appeal unanimously dismissed without costs *(see, Matter of Aho,* 39 NY2d 241, 248; *Pallotta v West Bend Co.,* 166 AD2d 637, 638; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Release of Undertaking.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.